IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ERIN LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC. and AT&T Inc.,<br><br>Defendants. | CV-24-64-BU-BMM<br><br>**ORDER** |

Gilbert S. Keteltas, Esq. (Pro Hac Counsel) has filed a motion for attorney admission to this Court allowing himself to appear *pro hac vice* in this case pursuant to Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, attorneys of record in any action transferred to the District of Montana under 28 U.S.C. §1407 may continue to represent clients in this Court and are not required to obtain local counsel. (Doc. 30.)  The application of Pro Hac Counsel appears to be in compliance with Rule 2.1(c) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation. **IT IS ORDERED**:

1. Defendant, AT&T's motions to appear in this Court (Doc. 30) is **GRANTED**, subject  to the following conditions:

2. Pro Hac Counsel must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Pro Hac Counsel, not the law firm he work for.

4. Once the pro hac vice motion has been granted, counsel shall file a notice of appearance in the master docket 2:24-md-3126-BMM.

DATED this 1st day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court