IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ERIN LEWIS, et al., *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC., et al.,<br><br>Defendants. | CV-24-64-BU-BMM<br><br>**ORDER** |

Defendants AT&T Inc. and AT&T Mobility LLC (AT&T) have moved for an order allowing Lisa M. Ghannoum, Esq. to appear *pro hac vice* in this case with Keeley O. Cronin, Esq., designated as local counsel. (Doc. 35.) The application of Ms. Ghannoum appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

AT&T's motion to allow Ms. Ghannoum to appear before this Court (Doc. 35) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Ghannoum must each do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead

counsel, must appear and participate personally in all proceedings before the Court;

    4. Mr. Rhine shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

    5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

    6. Admission is personal to Ms. Ghannoum, not the law firm she works for.

    7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Ghannoum shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 4th day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court